IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

PATRICK MULLINS,                    :
                                    :
            Plaintiff               :
                                    :        No.   4:11-CV-137 -CDL -MSH
        vs.                         :
                                    :
LT. LYNN, et. al.                   :
                                    :
            Defendants              :
_____  :

## ORDER

Plaintiff **PATRICK MULLINS**, a prisoner in the Muscogee County Correctional Institute in Columbus, Georgia has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. He also seeks leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). Plaintiff, however, has failed to provide the Court with a certified copy of his trust fund account statement for the six-month period prior to the date Plaintiff filed his Complaint. Therefore, the Court does not have sufficient information to determine the average monthly deposits or the average monthly balance in Plaintiff's prison trust account as required by 28 U.S.C. § 1915.

Plaintiff is hereby **ORDERED** to provide the Court with a certified copy of his trust fund account statement for the six-month period that occurred just prior to the date Plaintiff filed his Complaint. According to the Complaint, Plaintiff is currently serving a six-month sentence that was imposed on July 15, 2011. Plaintiff's Complaint was signed on September 11, 2011.[1] Thus, if Plaintiff has been incarcerated less than six months, he

---

[1] Under the "mailbox rule" the Court generally deems a prisoner complaint filed on the date the plaintiff signs the document and delivers it to prison officials for mailing. See Garvey v. Vaughn, 993 F.2d 776, 783 (11th Cir. 1993).

shall provide the Court with an account statement covering the entire period of his confinement. The statement must be filed with the Court within **TWENTY-ONE (21)** days of the date of this Order.   Failure to comply with the Court's Order will result in the dismissal of Plaintiff's Complaint.

The Clerk is **DIRECTED** to provide Plaintiff with a new account certification form showing this case number.

There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 23rd day of September, 2011.

S/ STEPHEN HYLES
UNITED STATES MAGISTRATE JUDGE